# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————

## No. 201800156

————————————

## UNITED STATES OF AMERICA
*Appellee*

v.

## Micheal B. SIMONTON
Yeoman First Class (E-6), U.S. Navy
*Appellant*

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Jason L. Jones, JAGC, USN.
For Appellant: Captain Nicholas S. Mote, USMC.
For Appellee: Brian K. Keller, Esq.

————————————

Decided 25 September 2018

————————————

Before HUTCHISON, TANG, and HINES, *Appellate Military Judges*

————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court